IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| TRACIE BEAMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:17-cv-00880 RLY-MJD |
| | ) |
| OPTIONS TREATMENT FACILITY, | ) |
| | ) |
| Defendant. | ) |

**DESIGNATION OF EVIDENCE AND IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, submits the following evidence and in support of her Response to Defendant's Motion for Summary Judgment:

1. Affidavit of Tracie Beamon, Attached as Exhibit A;

2. Affidavit of Diana Williams, Attached as Exhibit B;

3. Affidavit of Geral Williams, Attached as Exhibit C;

4. Second Affidavit of Geral Williams, Attached as Exhibit D;

5. Excerpts from the deposition of Robin Meyer (pp. 7, 8, 13, 14, 15, 16, 17, 22, 23, 24, 34, 37, 39, 40, 50, 52, 53, 55, 56, 57, 60, 61, 62, 63, 64, 65 and 67); Attached as Exhibit E.

6. Exhibits 1-10, 16, 18, 19, 26, 32 and 33 from the deposition of Robin Meyer, Attached as Exhibits F-J.

7. Excerpts from the deposition of Diana Williams (pp. 20, 21, 26, 28, 29, 34, 35, 36, 37 and 47-55); Attached as Exhibit K.

.

Respectfully submitted,

  s/Gregory A. Stowers
GREGORY    A.    STOWERS,#13784-49

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been forwarded via electronic filing, this 26th day of April, 2018, to; Laurie E. Martin, Allyson E. Emley, HOOVER HULL TURNER LLP, 111 Monument Circle, Suite 4400, P. O. Box 44989, Indianapolis, IN 46244-0989 and Mark Peters, Loren Lancaster, WALLER LANDSDEN DORTCH & DAVIS LLP, 511 Union Street, Suite 2700, Nashville, TN   37219.

  s/Gregory A. Stowers
GREGORY A. STOWERS, #13784-49

Gregory A. Stowers
**STOWERS & WEDDLE P.C.**
626 N. Illinois Street
Suite 201
Indianapolis, IN 46204
(317) 636-6320